Case No: 13-17881

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re: **Michael Ackerman**                               Case No: **13-17881**

**Sheree Ackerman**                                         Chapter: **13**

Property Address: **540 INDIAN CREEK DRIVE   LELAND, IL 60531**

Last four digits of any number you use
to identify the debtor's account: **8898**

Court Claim No. (if known)    **3**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **04/19/2018** and filed as Docket No. **29**

### Pre-Petition Default Payments                    Applicable option is checked.

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: **$0.00**

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments                   Applicable option is checked.

[✓] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[ ] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$0.00**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 13-17881

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it.  Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor     ☒ I am the Creditor's authorized agent.  (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X  /s/ Timothy M. Johnson
   Signature

Date (MM/DD/YYYY): 04/30/2018

First Name: Timothy    Middle Name: M    Last Name: Johnson

Title: Attorney

Company: Marinosci Law Group

Address: 134 N LaSalle St., Ste 1900

City: Chicago    State: IL    Zip: 60602

Phone: 312-940-8580

Case No: 13-17881

# UNITED STATES BANKRUPTCY COURT

### Schedule of Amounts Outstanding Pre-Petition Claim

| Description | Date Incurred | Amount |
|---|---|---|
| | | |

Case No: 13-17881

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Description | Date Incurred | Amount |
|---|---|---|
| | | |

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 04/30/2018

Chapter 13 Trustee: Glenn B Stearns

Trustee Address:

Trustee Email: mcguckin_m@lisle13.com

Debtor's Counsel Name: Rae Kaplan

Debtor's Counsel Address:

Debtor's Counsel Email: rkaplan@financialrelief.com

Debtor 1 Name: Michael Ackerman

Debtor 2 Name: Sheree Ackerma

Debtor's Mailing Address: 540 Indian Creek Dr., Leland, IL 60531

Debtor Email:

/s/ Staci Matthei